**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00803-CV

## IN THE INTEREST OF A.M.G., I.V.G. AND E.G., Appellant

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF13-17718**

## ORDER

The Court has reviewed the clerk's record.  The clerk's record does not include an order dated May 20, 2014 dismissing appellant's plea to the jurisdiction, identified in appellant's notice of appeal as one of the orders appealed in this case.  Accordingly, the Court **ORDERS** Gary Fitzsimmons, District Clerk of Dallas County, to file **within five (5) days of the date of this order**, either a supplemental clerk's record including the order dismissing appellant's plea to the jurisdiction or a statement that no such order exists.  We **DIRECT** the clerk to transmit this order to Gary Fitzsimmons, District Clerk, and all parties electronically.

/s/  CAROLYN WRIGHT
     CHIEF JUSTICE